United States Courts
Southern District of Texas
F I L E D

OCT 0 4 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT
COURTS EASTERN DISTRICT
OF TEXAS
HOUSTON DIVISION

elizabeth A. Ajayi

Case Number: 540-2021-03838_

2909 Rogerdale road #420181

Houston, Texas 77242

vs

SKYWEST AIRLINES

444. S. River Rd, Saint George, UT
84790

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..    The plaintiff, Elizabeth A. Ajayi, is a citizen of the United States

and resides at 2909 Rogerdale Road, #420181 Houston, Texas 77242,

(628) 243-0033

3.. Defendant, Elizabeth A., Ajayi, resides at, or its business is
(name of defendant)

located at _2909 Rodgerdale Road, #420181, Houston, Texas 77242_____
(628) 243-0033

4. Plaintiff sought employment from the defendant or was employed by the defendant

a 4 44 S. River Rd, St George, UT, 84790

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _July 16,
2021_____.

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraphs
9 and 10 of this complaint on or about _____.
(09/24/2021

7. The Equal Employment Commission issued a Notice of Right to Sue which was
received by plaintiff on _____.
7/20/2023

8. Because of plaintiff's (1) ____xx_ race, (2) __xx___ color, (3) _____ sex,
(4) _____ national origin, defendant:

a. _____ failed to employ plaintiff.

xxx___ terminated plaintiff's employment.

c. xxx__ failed to promote plaintiff.

d. _____ Other _AGE_____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

see the attached complaint._right to sue letter._____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

10.    The acts set forth in paragraph 9 of this complaint:

    a. __xx___ are still being committed by defendant.

    b. _____ are no longer being committed by defendant.

    c. _____ defendant may still be committing the acts.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. _____ Defendant be directed to employ plaintiff.

    b. __xx___ Defendant be directed to re-employ plaintiff.

    c. ___xx__ Defendant be directed to promote plaintiff.

    d. _____ Defendant be directed to __pay Compensatory damages, including both pecuniary and non-pecuniary damages for suffering experienced as a result of the discrimination and that the Court grant such relief as may be appropriate, including injunctive orders,

    damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

have affirmed the importance of protecting individuals from discrimination in the workplace and provide support for my claims.

I believe that I have a valid and strong case against SKYWEST AIRLINES based on the facts presented, and I kindly request that the court schedule a hearing to address this matter promptly.

Please find attached to this letter the required filing fee and a copy of this complaint for your records.

Thank you for your attention to this matter, and I look forward to a fair and just resolution through the legal process.

Sincerely,

ELIZABETH A. AJAYI

ELIZABETH AJAYI
2909 Rogerdale Road, #420181, Houston, Texas 77242
Houston, Texas 77242
PH: 628-243-0033
10/04/2023

UNITED STATES DISTRICT COURTS EASTERN DISTRICT OF TEXAS
EEOC CHARGE: 540-2021-03838 RIGHT TO SUE.

Re: Complaint of Discrimination Based on Race and Age
Dear Clerk of Court,
I am writing to formally file a complaint of discrimination under the grounds of race and age, in violation of federal anti-discrimination laws, against SKYWEST AIRLINES an employer and entity operating within this jurisdiction. The purpose of this complaint is to seek justice, relief, and redress for the unlawful and discriminatory actions I have suffered while employed by SKYWEST AIRLINES.
I. Introduction
I am a 63-year-old, African American Female (black race) individual who was employed by SKYWEST AIRLINES from 07/06/2021. During my tenure at SKYWEST AIRLINES, I experienced ongoing discrimination, which has adversely affected my working conditions, career prospects, and well-being. Furthermore, I was terminated from my position just two days before my scheduled graduation from SKYWEST FLIGHT ATTENDANT training facility which I believe was a direct result of my complaints about the discriminatory treatment.
II. Discrimination based on Race and Age
A. Racial Discrimination
1. Hostile Work Environment: I was subjected to a hostile work environment where racially offensive comments, derogatory slurs, and discriminatory practices were prevalent. This environment created a toxic atmosphere that made it difficult for me to perform my job effectively and comfortably.

2. Disparate Treatment: I experienced differential treatment compared to my colleagues of a different race. This included unfair work assignments, lack of opportunities for advancement, and exclusion from key company events.

3. Retaliation for Complaints: When I reported incidents of racial discrimination to my immediate supervisor and HR department, I faced retaliation in the form of increased scrutiny, exclusion from meetings, and ultimately, my termination.

B. Age Discrimination

1. Ageist Remarks: I encountered derogatory comments about my age, including insinuations that I was not capable of keeping up with younger colleagues or understanding modern technology.

2. Age-Based Exclusion: Despite my qualifications and contributions to the company, I was denied opportunities for training and development that were routinely extended to younger employees.

3. Termination on the Eve of Graduation: The timing of my termination, just two days before my scheduled graduation from SKYWEST AIRLINES FLIGHT ATTENDANT training facility strongly suggests that it was driven by age discrimination as retaliation for my complaints and as an attempt to undermine my educational and career goals.

III. Request for Relief

Considering the discrimination, I have endured, I respectfully request the following relief from the court:

1. An injunction prohibiting SKYWEST AIRLINES from engaging in any further discriminatory practices, particularly those based on race and age.

2. Reinstatement to my previous position with full back pay, benefits, and seniority rights.

3. Compensation for damages suffered, including emotional distress, loss of educational and career opportunities, and any out-of-pocket expenses incurred as a result of the discriminatory treatment.

4. An award of reasonable attorney's fees and costs associated with this legal action.

IV. Precedent and Legal Basis

My claims are grounded in federal anti-discrimination laws, including but not limited to Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act (ADEA), and relevant case law. Several precedential cases, such as ZIMMERMAN V. SKYWEST AIRLINES, INC 3;22-cv-45